IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALLIANCE CANCER SPECIALISTS, P.C., ALLEN TERZIAN M.D., ANJANA RANGANATHAN M.D., MOSHE CHASKY M.D., SRAMILA AITHAL M.D., and FREDERICK DOLD M.D.<br><br>**Plaintiffs,**<br><br>v.<br><br>THOMAS JEFFERSON UNIVERSITY HOSPITALS INC., d/b/a JEFFERSON HEALTH, JEFFERSON HEALTH-NORTHEAST, and JEFFERSON MEDICAL GROUP,<br><br>**Defendants.** | CIVIL ACTION<br>NO. 23-3449 |

## ORDER

**AND NOW,** this 15th day of September, 2023, upon consideration of Plaintiffs' Motion for a Temporary Restraining Order and Preliminary Injunction (ECF No. 6), several other filings in this matter, and argument and testimony presented to the Court at a hearing held on September 13, 2023, it is **ORDERED** that the motion is **DENIED without prejudice.**[1] An opinion fully outlining the Court's reasoning will follow by 5:00 p.m. on Monday, September 18, 2023.

BY THE COURT:

_____
HON. KAI N. SCOTT
United States District Court Judge

---

[1] If the plaintiffs obtain additional evidence or circumstances change prior to trial, the motion may be renewed.