IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALLIANCE CANCER SPECIALIST, P.C., Bensalem Division; ALLEN TERZIAN, M.D.; ANJANA RANGANATHAN, M.D.; MOSHE CHASKY, M.D.; and FREDERICK DOLD, M.D., <br><br>　　　　　　　　　　　　Plaintiffs, <br><br>　　　v. <br><br>THOMAS JEFFERSON UNIVERSITY HOSPITALS, INC., d/b/a JEFFERSON HEALTH, JEFFERSON HEALTH NORTH-EAST, and JEFFERSON MEDICAL GROUP, <br><br>　　　　　　　　　　　　Defendants. | CIVIL ACTION <br><br> No. 2:23-cv-03449-KNS |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

IT IS STIPULATED AND AGREED, by and between the undersigned, that the parties hereby stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) that this action be dismissed without prejudice and without costs awarded against either party.

Date: November 15, 2023

<div style="column">

*/s/     Justin C. Danilewitz*
Justin C. Danilewitz (PA ID 206034)
**SAUL EWING LLP**
1201 North Market Street
Wilmington, DE 19801
(302) 421-6800
Justin.Danilewitz@saul.com

and

Jane E. Willis (*pro hac vice*)
William L. Roberts (*pro hac vice*)
**ROPES & GRAY LLP**
800 Boylston Street
Boston, MA 02199-3600
(617) 951-7000
Jane.Willis@ropesgray.com
William.Roberts@ropesgray.com

*Attorneys for Defendants*

</div>

<div style="column">

*/s/    Barak A. Bassman*
Barak A. Bassman (PA ID 85626)
Jonathan Scott Goldman (PA ID 93909)
Thomas A. Dydek (PA ID 331689)
**BLANK ROME LLP**
One Logan Square
130 N. 18th Street
Philadelphia, PA 19103
Tel: 215-569-5785
Fax: 215-569-5555
Barak.Bassman@blankrome.com
Jonathan.Goldman@blankrome.com
Thomas.Dydek@blankrome.com

*Attorneys for Plaintiffs*

</div>

## CERTIFICATE OF SERVICE

I, Barak A. Bassman, Esquire, hereby certify that on this 15th day of November, 2023, I caused a true and correct copy of the foregoing Stipulation of Dismissal Without Prejudice to be served through the Electronic Court Filing System (ECF) upon all counsel and parties of record.

*/s/ Barak A. Bassman*
Barak A. Bassman